# United States District Court

### DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Brandon Laws**

**WARRANT FOR ARREST**

**CASE NUMBER: 2:09-CR-00243-005-TS**

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest **BRANDON LAWS**
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

- [ ] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [X] Violation Notice
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged Violation of Pretrial Release**

in violation of _____ United States Code.

D. Mark Jones
<br>Name of Issuing Officer

Clerk of Court
<br>Title of Issuing Officer

_[signature]_
<br>Signature of Issuing Officer

March 12, 2010 at Salt Lake City, Utah
<br>Date and Location

By: Teri Sparrow
<br>Deputy Clerk

Bail fixed _____ by _____
<br>Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/12/10 | D USM Durando | R |
| DATE OF ARREST 4/15/10 | | |